429 A.2d 75

Homemakers Loan and Consumer Discount v.
McLaughlin et ux., Appellants.

582

Submitted October 26, 1978. Eric A. Rohrbaugh, Neighborhood Legal Services, for appellants; Thomas J. Lyons, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.